AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE PERSON OF CHAD LAWLOR, ONE 2010 VOLKSWAGON JETTA, GREY IN COLOR, NH REGISTRATION DD2BHJS, AND ANY ELECTRONIC DEVICES FOUND IN EITHER LOCATION

Case No. 21-mj-93-01/03-AJ

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §2252(a)(4)(B) | Illegal Possession of Child Pornography |
| 18 USC §2252A(a)(2) | Illegal Distribution of Child Pornography |

The application is based on these facts:
Affidavit of Adam Rayho

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Adam Rayho
*Applicant's signature*

Adam Rayho, TFO HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephonic conference__ *(specify reliable electronic means)*.

Date: Apr 6, 2021

*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*